**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

**In re:**

**LISA LYNN OSTIGUY,**

**Debtor.** **Case No. 26-11299-7j**

## MOTION TO AVOID JUDICIAL LIENS

Debtor, Lisa Lynn Ostiguy, through her attorney, R. "Trey" Arvizu, III, files this Motion to Avoid Judicial Liens of Calvary SPV, LLC, (hereinafter referred to as "Calvary"), and Portfolio Recovery Associates, LLC, (hereinafter, PRA) based on the following grounds:

1. Debtor commenced this case on September 25, 2026 by filing a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code.

2. The Debtor scheduled certain residential real estate in Schedule A and has exempted her equity in the property on Schedule C.

3. On July 7, 2023, Scott Beckman, attorneys for Calvary recorded a Default Judgment (Transcript of Judgment) in the records of Eddy County as Reception 2307216 in Book 1172 page 0746.

4. On September 16, 2024, Scott Beckman, attorneys for PRA, recorded a Default Judgment (Transcript of Judgment) as Reception 2411032 Book 1186, page 0902. The Liens are attached as Exhibits "A" hereto. The judicial liens impair the Debtor's homestead exemption.

5. This Court has jurisdiction over this motion as it is filed pursuant to 11 U.S.C. Section 522(f)(1)(A) to avoid and cancel judicial liens held by Calvary and PRA.

WHEREFORE, Debtor respectfully requests that an Order be entered which would avoid and cancel the judicial liens attached hereto as Exhibits "A" and for such additional or alternative relief as the Court deems necessary.

Submitted,

/s/ Electronically filed
R. “Trey” Arvizu, Esq.
Attorney for Debtor
715 E Idaho Ave. Ste. 3F
Las Cruces, NM  88001
Tel:  (575) 527-8600
Fax:  (575) 527-1199

I hereby certify that a true and correct copy of the foregoing was sent by first class U.S. mail, postage prepaid, this 10th day of November, 2026 to the following:

Cavalry SPV I, LLC
c/o Scott Beckman, Esq.
MACHOL & JOHANNES, LLLP
4209 Montgomery Blvd. NE
Albuquerque, NM  87109

Portfolio Recovery Associates, LLC
c/o Scott Beckman, Esq.
MACHOL & JOHANNES, LLLP
4209 Montgomery Blvd. NE
Albuquerque, NM  87109

Cavalry SPV I, LLC
c/o C T Corporation System, Registered Agent
206 S. Coronado Ave.
Espanola, NM  87532

Portfolio Recovery Associates, LLC,
c/o Corporation Service Company, Registered Agent
414 W. Taylor St., Suite A-1
Hobbs, NM  88240

/s/Electronically submitted
R. "Trey" Arvizu, III

EXHIBIT 'A'

CERTIFIED COPY

FILED
5th JUDICIAL DISTRICT COURT
Eddy County
8/29/2019 6:06 PM
KAREN CHRISTESSON
CLERK OF THE COURT
Sarah Jimenez

STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT COURT

Cavalry SPV I, LLC,
Plaintiff

vs. Case No.: D-503-CV-2019-00452

LISA OSTIGUY,
Defendant(s)

**DEFAULT JUDGMENT**

This cause coming before the Court.

1. The Plaintiff, by and through its attorneys, Machol & Johannes, LLLP; and the Defendant has failed to appear;.

2. The Defendant has failed to file an answer on or before the appearance date pursuant to the Summons.

IT IS HEREBY ORDERED that the Plaintiff recover the following:

| | |
|---|---|
| Damages | $1,417.21 |
| Court Costs | $246.05 |
| Total Judgment | $1,663.26 |

Interest shall accrue after the date of judgment at 8.75% per annum.

ORDERED on this _______day of

________________________________

~~DISTRICT COURT JUDGE~~

Submitted by:
/s/ Scott Beckman
**Machol & Johannes, LLLP**
Attorneys for Plaintiff
4209 Montgomery Blvd NE
Albuquerque NM 87109
866/729-3328

I HEREBY CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED ON August 29, 2019
WITNESS MY HAND AND SEAL THIS December 21, 2022
MARTHA HUEREQUE, CLERK OF THE DISTRICT COURT
BY ________
DEPUTY

FIFTH JUDICIAL DISTRICT
D.C.
EDDY COUNTY STATE OF NEW MEXICO

*Reception: 2307216* Book: 1172 Page: 0746 Pages: 1
Recorded: 07/07/2023 11:40 AM Fee: $25.00
*Eddy County, New Mexico ~ Cara Cooke, County Clerk*
eRecorded Document

SEAL

BC

RAUSCH MAILROOM
20-FEB-2023

*Reception: 2411032* **Book: 1186 Page: 0902 Pages: 1**
**Recorded: 09/16/2024 07:57 AM Fee: $25.00**
*Eddy County, New Mexico ~ Cara Cooke, County Clerk*
**eRecorded Document**

EXHIBIT 'A'

BO

FILED
5th JUDICIAL DISTRICT COURT
Eddy County
7/30/2019 3:29 PM
KAREN CHRISTESSON
CLERK OF THE COURT
Martha Huereque

CERTIFIED COPY

STATE OF NEW MEXICO
COUNTY OF EDDY
FIFTH JUDICIAL DISTRICT COURT

Case No.: D-503-CV-2019-00717

PORTFOLIO RECOVERY ASSOCIATES LLC,
Plaintiff

vs.

LISA L OSTIGUY,
Defendant(s)

**DEFAULT JUDGMENT**

This cause coming before the Court.

1. The Plaintiff, by and through its attorneys, Macbol & Johannes, LLLP; and the Defendant bas failed to appear;

2. The Defendant bas failed to file an answer on or before the appearance date pursuant to the Summons.

IT IS HEREBY ORDERED that the Plaintiff recover the following:

| | |
|---|---|
| Damages | $1,365.14 |
| Court Costs | $246.05 |
| Total Judgment | $1,611.19 |

Interest shall accrue after the date of judgment at 0% per annum.

ORDERED on this _______ day of

______________________________

DISTRICT COURT JUDGE

Submitted by:
/s/ Scott Beckman
**Machol & Johannes, LLLP**
Attorneys for Plaintiff
4209 Montgomery Blvd NE
Albuquerque NM 87109
866/729-3328

I HEREBY CERTIFY THAT THE ABOVE IS A TRUE AND CORRECT COPY OF THE ORIGINAL FILED ON 7-30-19
WITNESS MY HAND AND SEAL THIS 7-23-24
MARTHA HUEREQUE, CLERK OF THE DISTRICT COURT
BY
DEPUTY

FIFTH JUDICIAL DISTRICT D.C. EDDY COUNTY STATE OF NEW MEXICO